# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO ZAMORA, | No. CIV S-08-2627-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CATHY PROSPER, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 10) to file an amended complaint.  Plaintiff's seeks a 60-day extension of time.  Good cause appearing therefor, the request is granted in part.  Plaintiff shall file an amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: January 27, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1