IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO ZAMORA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CATHY PROSPER,<br><br>    Defendant.<br>_____/ | No. CIV S-08-2627-CMK-P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 12) to file an amended complaint. Good cause appearing therefor, the request is granted. Plaintiff shall file an amended complaint within 30 days of the date of this order.

      IT IS SO ORDERED.

 DATED: March 3, 2009

                                               _____
                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE

1